# United States Court of Appeals
## For the First Circuit

No. 06-1126

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ SKERRET-ORTEGA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 13, 2008, is amended as follows:

On page 10, lines 16-17:  Insert a comma after "that" and before "under"; and insert the word "it" after "circumstances," and before "may."

On page 13, line 6:  Delete the word "of."